IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JESSICA COPPERTINO,** § | |
| § | |
| Plaintiff, § | Civil Action No. 1:17-cv-03636-RMB-JS |
| § | |
| v. § | |
| § | |
| **MIDNIGHT VELVET, INC.,** § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: January 17, 2018

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

DAVID G. MURPHY, ESQ.
REED SMITH LLP
136 MAIN STREET
SUITE 250
PRINCETON, NJ 08540
Phone: 609-987-0050
Email: dmurphy@reedsmith.com

KELLIE A. LAVERY, ESQ.
REED SMITH, LLP
136 MAIN STREET
SUITE 250
PRINCETON, NJ 08543
Phone: (609) 524-2071
Email: klavery@reedsmith.com
Attorneys for Defendant


Dated: January 17, 2018                    By: /s/ Amy L. Bennecoff Ginsburg
                                                Amy L. Bennecoff Ginsburg, Esq.
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Avenue
                                                Ambler, PA 19002
                                                Tel: 215-540-8888
                                                Fax: 215-540-8817
                                                aginsburg@creditlaw.com