# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA COPPERTINO, § § | |
| Plaintiff, § § | Civil Action No. 1:17-cv-03636-RMB-JS |
| v. § § | |
| MIDNIGHT VELVET, INC., § § | |
| Defendant. § § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/* David G. Murphy | */s/* Amy L. Bennecoff Ginsburg |
| David G Murphy, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Reed Smith | Kimmel & Silverman, P.C. |
| 136 Main Street, Suite 250 | 30 East Butler Pike |
| Princeton New Jersey 08540 | Ambler, PA 19002 |
| Phone: (609) 514-5947 | Phone: (215) 540-8888 |
| dmurphy@reedsmith.com | Fax: (877) 788-2864 |
| Attorney for the Defendant | Email: aginsburg@creditlaw.com |
| | Attorney for the Plaintiff |
| Date: March 13, 2018 | |
| | Date: March 13, 2018 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 13th day of March, 2018:

David G Murphy, Esq.
Reed Smith
136 Main Street, Suite 250
Princeton New Jersey 08540
Phone: (609) 514-5947
dmurphy@reedsmith.com
Attorney for Defendant

                                              */s/ Amy L. Bennecoff Ginsburg*
                                              Amy L. Bennecoff Ginsburg, Esq.
                                              Kimmel & Silverman, P.C.
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Fax: (877) 788-2864
                                              Email: aginsburg@creditlaw.com
                                              Attorney for the Plaintiff